IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMONA LOPEZ GUADALUPE

    Debtor(s)

CASE NO. 15-03565 MCF

CHAPTER 7

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

    NOW COMES creditor Firstbank Puerto Rico, represented by the undersigned law office to state as follows:

    That pursuant to the provisions of Rule 9010(b) of the Rules of Bankruptcy Procedure, the appearing party notifies that it has retained the legal services of the Cardona Jimenez Law Office whose address is:

**CARDONA-JIMENEZ LAW OFFICES, PSC**
Attorney for Firstbank Puerto Rico
PO Box 9023593
San Juan, PR  00902-3593
Tel: (787) 724-1303, Fax (787) 724-1369
E-mail: jf@cardonalaw.com

    **WHEREFORE** appearing party prays that the Clerk of the Court take notice of the appearance of the undersigned law office and to notify them of all proceedings in this case, including but not limited to copies of the petition, schedules, motions and statements filed or to be filed in the above captioned case and further prays that the name and address be added to the Master Address List kept in the above captioned case.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

    I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to **ROBERTO ROMAN VALENTIN**, US Chapter **7** Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to non CM/ECF participant at their address of record in this case.

    In San Juan, Puerto Rico, on the 22 day of July, 2015.

**CARDONA JIMENEZ LAW OFFICES, PSC**
Attorney for Firstbank Puerto Rico
PO Box 9023593
San Juan, PR  00902-3593
Tel: (787) 724-1303, Fax (787) 724-1369
E-mail:  jf@cardonalaw.com

*s/José F. Cardona Jiménez,* USDC PR 124504
  jf@cardonalaw.com